UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL YANG, an individual,<br>        Plaintiff,<br>   v.<br>LIBERTY MUTUAL INSURANCE, a Massachusetts corporation; and DOES 1 through 27, inclusive<br>        Defendants. | Case No.: 2:17-cv-06629-R (ASx)<br><br>*Honorable Manuel Real*<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

IT IS HEREBY ORDERED that, pursuant to the parties' Joint Stipulation to Dismiss Action with Prejudice and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is, dismissed with prejudice in its entirety as to all claims and parties. Each party shall bear his or its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: August 14, 2018

_____
Hon. Manuel Real
JUDGE OF THE U.S. DISTRICT COURT